# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT ALLEN ONDRICK, <br><br> Defendant. | Case No. 2:19-CR-00073-MMD-NJK-1 <br><br> ORDER |

Before the Court is Defendant Robert Allen Ondrick's motion for early termination of supervised release ("Motion"). (ECF No. 39.) The government filed a response, indicating that after having conferred with the assigned United States Probation Officer, the government does not oppose the Motion. (ECF No. 41.) The Court agrees with Ondrick's counsel that termination of release is warranted because Ondrick has complied with his supervised release conditions. The Court thus finds that justice is served by granting Ondrick early termination of supervised release.

It is therefore ordered that Ondrick's motion for early termination of supervised release (ECF No. 39) is granted.

DATED THIS 14th Day of May 2021.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE